FILED
2012 Sep-05 PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
# For the Northern District of Alabama

2012 SEP -4 A 11: 50

_Kenneth Williams_

_____

_____

_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

CV-12-S-2873-S

v

_Lawrence Estes, Correctional_   IN HIS INDIVIDUAL CAPACITY.
_Officer I, et. al._

_____

_____

(Enter above full name(s) of the
defendant(s) in this action)

I.   Previous lawsuits

    A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( )    No (✓)

    B.   If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit

            Plaintiff(s): _____ N/A _____

            Defendant(s) _____ N/A _____

        2.   Court (if Federal Court, name the district; if State Court, name the county)

            _____ N/A _____

        3.   Docket Number _____ N/A _____

        4.   Name of judge to whom case was assigned _____ N/A _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
    _____ *N/A* _____
    _____

6.  Approximate date of filing lawsuit _____ *N/A* _____

7.  Approximate date of disposition _____ *N/A* _____

II.  Place of present confinement *Holman Correctional Facility*

A.  Is there a prisoner grievance procedure in this institution?
    Yes ( )   No (✓)

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes ( )   No (✓)

C.  If your answer is YES:

    1.  What steps did you take? _____ *N/A* _____
        _____

    2.  What was the result? _____ *N/A* _____
        _____
        _____

D.  If your answer is NO, explain why not? *There is no prisoner grievance procedure.*
    _____
    _____

III.  Parties
    In item A below, place your name(s) in the first blank and place your present address in the
    second blank. Do the same for additional plaintiffs, if any.

    A.  Name of plaintiff(s) *Kenneth Williams*
        _____

    Address *3700 Holman Unit / Atmore, Alabama 36503*

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B.   Defendant _Lawrence Estes_

is employed as _Correctional Officer I_

at _Alex City Work Program_

C.   Additional Defendants _N/A_

_____

_____

_____

IV.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On or about April 5, 2012 while I was a minimum custody inmate at Alex City Work Center, Officer Lawrence Estes came out to my assigned work site and conducted an unauthorized search of the property of the City of Dadeville. He just began ransacking the city truck that myself and two other inmates were sitting in waiting to get our lunches. He picks up a cellphone that belonged to the City of Dadeville as if it were mine. When he found out from my supervisor, Brent Payne, that the phone wasn't mine he then wrote me a bogus disciplinary saying that I assaulted him. Mr. Payne has went on record with the D.O.C, the commissioner and Alex City Work Program director, that no such assault

ever took place. The Mayor of Dadeville has went on record to say that Officer Estes did not have the requisite approval by the City of Dadeville's Police Dept. to conduct such a search. Nor did he ever advise the proper authorities of the City of Dadeville that he was on his way per order of anyone at Alex City Work Center. ... So why did the search occur?
(See attached Sheets)

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking the sum of $25,600.00 for compensatory damages and $200,000.00 in punitive damages from the defendant. And also the restoration to my previous status at the Alex City Work Center. Plus the removal of that bogus disciplinary from my files including the incident report.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _8-27-12_
(date)

X _Kennett Willm___

Signature(s)

- 4 -

— ATTACHED SHEET —

IV. Cont.

. . . . It had been the habit of Officer Estes to harass me every chance he got. It basically started when I took off both my socks and my shoes during a shakedown in January, 2012 that he was conducting. He wanted us to just take off our shoes and he'd rub our socks while they were still on our feet. I did not feel comfortable with a man or a woman feeling on my feet. I get ticklish. He got mad especially when I told him I took my socks off so he could see my feet instead of feeling on them and told me I think I am a smart ass. He told me directly that he was going to see just how smart I really was. Everytime he saw me after that became a senseless episode. One day he saw me with a wave cap on my head. He made me go stand in the shift office for two hours waiting on him to come back and let me go. I'd be laying in my bed and look out my window and he'd be peeping in at me. Everytime I'd move he'd be there trying to bust me. Then on April 15, 2012 he came to my job site unauthorized to try and bust me. The Mayor of Dadeville told everyone that it was an unauthorized intrusion. The supervisor over me at the job site told them there was no assault. Those men have no reason to lie for me. My 8th Amendment Rights have been violated. For I was removed from the work center and given a bogus disciplinary for assault. Anyway why would I assault Officer Estes for confiscating the property of the City of Dadeville? Truly this was harassment and retaliation.

1.