IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:14-CV-659-WKW |
| ) | [WO] |
| LAWRENCE ESTES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On April 14, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 23.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

An appropriate final judgment will be entered separately.

DONE this 6th day of May, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE